Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, GREG WILLIAMSON,
SEAN WOESSNER, and ISAAC ALEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.D.G., et al.<br><br>             Plaintiffs,<br><br>    vs.<br><br>CITY OF BAKERSFIELD, et al.<br><br>             Defendants. | Case No. 1:13-CV-02057-LJO-BAM<br><br>**STIPULATION TO ALLOW DEFENDANTS TO FILE AN AMENDED ANSWER TO PLAINTIFFS' COMPLAINT FOR DAMAGES; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that defendants CITY OF BAKERSFIELD, GREG

1

WILLIAMSON, SEAN WOESSNER and ISAAC ALEMAN may file a First Amended Answer to Complaint for Damages, a copy of which is attached hereto as Exhibit A.

Dated: March 25, 2014     MARDEROSIAN, RUNYON
                          CERCONE & COHEN


                                  /s/ Michael G. Marderosian
                          By:_____
                              Michael G. Marderosian
                              Attorneys for Defendants
                              above-named.

Dated: March 24, 2014     McMURRAY HENRIKS LLP

                                  /s/ Yana G. Henriks
                          By:_____
                              Yana G. Henriks,
                              Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED that defendants CITY OF BAKERSFIELD, GREG WILLIAMSON, SEAN WOESSNER and ISAAC ALEMAN may file their First Amended Answer to Complaint for Damages attached to their stipulation as Exhibit A.

IT IS SO ORDERED.

Dated:   **March 25, 2014**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE