Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile:  (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, GREG WILLIAMSON, SEAN WOESSNER, and ISAAC ALEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.D.G., et al. | Case No. 1:13-CV-02057-LJO-JLT |
| Plaintiffs, | **STIPULATION TO MODIFY SCHEDULING ORDER [DKT. NO. 18]; ORDER THEREON** |
| vs. | |
| CITY OF BAKERSFIELD, et al. | **(Doc. 19)** |
| Defendants. | |

Plaintiffs R.D.G. et al. and defendants CITY OF BAKERSFIELD, GREG WILLIAMSON, SEAN WOESSNER and ISAAC ALEMAN, by and through their counsel of record, hereby stipulate and agree that the Court should enter an Order

amending the Scheduling Order in this case [Dkt. No. 18], such that the trial date of December 1, 2015, be continued to February 2, 2016.

    Good cause exists to modify the scheduling conference order.  The parties have agreed to stipulate to continuance of the trial date because a conflict currently exists with the December 1, 2015, trial date scheduled in this matter.  Mick Marderosian is the lead trial attorney in the case of *Lopez et al. v. City of Bakersfield et al.*, United States District Court Case No. 1:13-CV-01725-LJO-JLT which is also scheduled to begin trial on December 1, 2015, and is also assigned to you and The Honorable Lawrence J. O'Neill. The *Lopez* matter was scheduled for trial at a February 11, 2014, scheduling conference.

Dated:  June 16, 2014.                          MARDEROSIAN, CERCONE & COHEN

                                                /s/ Michael G. Marderosian

                                     By:_____
                                        Michael G. Marderosian,
                                        Attorneys for Defendants above.

Dated:  June 16, 2014.                          McMURRAY HENRIKS LLP

                                                 /a/ Randy H. Murray

                                     By:_____
                                        Randy H. McMurray,
                                        Attorneys for Plaintiffs

## ORDER

    IT IS HEREBY ORDERED that the trial of this matter is hereby continued to February 2, 2016.

IT IS SO ORDERED.

   Dated:   **June 16, 2014**                       **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE