Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, GREG WILLIAMSON,
SEAN WOESSNER, and ISAAC ALEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.D.G., et al. | Case No. 1:13-CV-02057-JLT |
| Plaintiffs, | **STIPULATION TO MODIFY SCHEDULING ORDER TO CONTINUE SETTLEMENT CONFERENCE AND ORDER THEREON** |
| vs. | |
| CITY OF BAKERSFIELD, et al. | **(Doc. 31)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Settlement Conference in the above-captioned matter, currently scheduled for September 30, 2014, at 10:30 a.m. before the Honorable Gary S. Austin, be continued to November 4, 2014, at 10 a.m.  Good cause exists for the continuance in that defense counsel has a conflict with the currently scheduled date and time and trial of this matter is not scheduled to commence until February 2, 2016.

1

Dated: September 22, 2014                    MARDEROSIAN, CERCONE & COHEN

                                             /s/ Michael G. Marderosian
                                         By:_____
                                             Michael G. Marderosian,
                                             Attorneys for Defendants
                                             above-named.


Dated: September 22, 2014                    McMURRAY HENRIKS LLP

                                             /s/ Randy H. McMurray
                                         By:_____
                                             Randy H. McMurray,
                                             Attorneys for Plaintiff


**ORDER**

　　IT IS HEREBY ORDERED THAT that the Settlement Conference in the above-captioned matter, currently scheduled for September 30, 2014, at 10:30 a.m. is hereby continued to November 4, 2015, at 10:00 a.m. before the Honorable Gary S. Austin.

IT IS SO ORDERED.

　　Dated:   **September 24, 2014**          　　　**/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE