Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, GREG WILLIAMSON, SEAN WOESSNER, and ISAAC ALEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| R.D.G., et al. | ) Case No. 1:13-CV-02057-JLT |
|---|---|
| Plaintiffs, | ) **STIPULATION TO MODIFY THE SCHEDULING ORDER; DECLARATION OF MICHAEL G. MARDEROSIAN IN SUPPORT; AND [PROPOSED] ORDER THEREON** |
| vs. | |
| CITY OF BAKERSFIELD, et al. | |
| Defendants. | (Doc. 39) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the Court should enter an Order amending the scheduling order in this case, such that the schedule be modified as follows:

| Deadline | Current Date | Requested Date |
|---|---|---|
| Expert Disclosures | March 27, 2015 | April 27, 2015 |
| Rebuttal Expert Disclosures | April 17, 2015 | May 18, 2015 |
| Expert Discovery Cutoff | May 11, 2015 | June 12, 2015 |

1

GOOD CAUSE appears to modify the Scheduling Order because additional time is needed to complete the expert discovery process because:

1. Defense counsel was unavailable from the latter part of January to mid February due to preparing for trial in the case of *Gonzalez-Chavez v. City of Bakersfield, et al.*, United States District Court Case No. 1:12-CV-02053-JLT and attending that trial which began on February 9, 2015, and ended on February 13, 2015. As a result, key depositions in this matter are scheduled to take place in the beginning and middle of March. These depositions will need to be considered by the parties' experts.

2. Since completing the above-referenced trial, Defense counsel has been and is currently in the process of preparing a Petition for Review to the Supreme Court of California from a January 23, 2015, Opinion issued by the Fifth District Court of Appeal in the case of *Harb, et al. v. City of Bakersfield, et al.*, Fifth District Court of Appeal Case No. F066839/Kern County Superior Court Case No. S-1500-CV-265887. The Petition for Review is due on or before March 4, 2015, and this case has an extensive record comprised of 22 volumes of the reporter's transcript on appeal.

3. Defense counsel has been and is currently in the process of preparing a Respondents' Opening Brief in the case of *Willis v. Mullins, et al.*, Ninth Circuit Court of Appeals Case No. 14-16071, United States District Court Case No. 1:04-CV-6542-AWI-BAM. The brief is due on or before March 9, 2015, and stems from a week and a half long trial in a case that has been pending for over ten years.

4. Defense counsel is also involved in a second federal case, *Lopez et al. v. City of Bakersfield., et al.*, United States District Court Case No. 1:13-CV-01725-LJO-JLT, which has discovery cut off and expert disclosures on the exact same day as this matter.

5. The requested continuances will not, in any way, affect the date to file dispositive motions, the pretrial date, or the trial date of February 2, 2016.

Dated: February 23, 2015                    MARDEROSIAN, CERCONE & COHEN

                                                                        */s/ Michael G. Marderosian*

By:_____
    Michael G. Marderosian,
    Attorneys for Defendants
    above-named.

| | |
|---|---|
| Dated:  February 23, 2015 | McMURRAY HENRIKS LLP |
| | */s/ Peter G. Haber* |
| | By:_____ |
| | Peter G. Haber, |
| | Attorneys for Plaintiffs |

## DECLARATION OF MICHAEL G. MARDEROSIAN

I, Michael G. Marderosian, hereby declare as follows:

1. I am an attorney at law licensed to practice in all courts of the State of California and am the attorney of record for defendants in this matter.

2. I was unavailable from the latter part of January to mid February due to preparing for trial in the case of *Gonzalez-Chavez v. City of Bakersfield, et al.*, United States District Court Case No. 1:12-CV-02053-JLT and attending that trial which began on February 9, 2015, and ended on February 13, 2015. As a result, key depositions in this matter are scheduled to take place in the beginning and middle of March. These depositions will need to be considered by the parties' experts.

3. Since completing the above referenced trial, I have been and am currently in the process of preparing a Petition for Review to the Supreme Court of California from a January 23, 2015, Opinion issued by the Fifth District Court of Appeal in the case of *Harb, et al. v. City of Bakersfield, et al.*, Fifth District Court of Appeal Case No. F066839/Kern County Superior Court Case No. S-1500-CV-265887. The Petition for Review is due on or before March 4, 2015, and this case has an extensive record comprised of 22 volumes of the reporter's transcript on appeal.

4. I have been and am currently in the process of preparing a Respondents' Opening Brief in the case of *Willis v. Mullins, et al.*, Ninth Circuit Court of Appeals Case No. 14-16071, United States District Court Case No. 1:04-CV-6542-AWI-BAM. The brief is due on or before March 9, 2015, and stems from a week and a half long trial in a case that has been pending for over ten years.

5. I am also involved in a second federal case, *Lopez et al. v. City of Bakersfield., et al.*, United States District Court Case No. 1:13-CV-01725-LJO-JLT, which has discovery cut off and expert disclosures on the exact same day as this matter.

6. The requested continuances will not, in any way, affect the date to file dispositive motions, the pretrial date, or the trial date of February 2, 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 20, 2015, at Fresno, California.

*/s/ Michael G. Marderosian*

MICHAEL G. MARDEROSIAN

**ORDER**

The parties having stipulated, and good cause appearing, the Court hereby orders that the scheduling order be modified as follows:

| Deadline/Hearing | Current Date | New Date |
| --- | --- | --- |
| Expert Disclosures | March 27, 2015 | April 27, 2015 |
| Rebuttal Expert Disclosures | April 17, 2015 | May 18, 2015 |
| Expert Discovery Cutoff | May 11, 2015 | June 12, 2015 |

**No other amendments to the case schedule are authorized.**

IT IS SO ORDERED.

    Dated:   **February 23, 2015**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE