1  Randy H. McMurray, Esq. (SBN 126888)
   E-mail: rmcmurray@law-mh.com
2  Yana G. Henriks, Esq. (SBN 250638)
   E-mail: yhenriks@law-mh.com
3  **McMURRAY HENRIKS, LLP**
4  5670 Wilshire Blvd., Suite 1450
   Los Angeles, California  90036
5  Tel:   (323) 931-6200
6  Fax:   (323) 931-9521
7  Attorneys for Plaintiffs, R.D.G., et al.
8
9                 UNITED STATES DISTRICT COURT
10          EASTERN DISTRICT / FRESNO DIVISION
11

| | |
|---|---|
| R.D.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, A.C.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, F.E.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, J.S.G., a Minor Through Her Parent and Guardian Ad Litem Rosemary Lopez, J.A.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, M.I.G., a Minor Through His Parent and Guardinan Ad Litem Rosemary Lopez, C.V.M., a Minor Through Her Parent and Guardian Ad Litem Gabriel Gurrola, | CASE NO. 1:13-CV-02057-JLT  [~~PROPOSED~~] ORDER  (Doc. 57) |
| Plaintiff, | |
| vs. | |
| CITY OF BAKERSFIELD, GREG WILLIAMSON, individually and in his Official Capacity as Chief of Police of the Bakersfield Police Department, SEAN WOESSNER, an individual, ISAAC ALEMAN, an individual, and DOES 1-25, inclusive, | |
| Defendants. | |

27  ///
28

*McMURRAY HENRIKS, LLP
5670 Wilshire Blvd., Suite 1450
Los Angeles, California 90036*

- 1 -

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,** in light of

2  the stipulation between the parties, and finding good cause, this Court orders that:

3        1.      Candice McTaggert is dismissed as a Plaintiff in this matter, with

4  prejudice.  As a result of Ms. McTaggert's dismissal, the Tenth Cause of Action for

5  Negligent Infliction of Emotional Distress set forth in Plaintiffs' Complaint is also

6  dismissed.

7        2.      All parties shall bear their own costs and fees in connection with the

8  dismissal of Candice McTaggert.

9

10  IT IS SO ORDERED.

11      Dated:    **July 9, 2015**                     **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**McMURRAY HENRIKS, LLP**
5670 Wilshire Blvd., Suite 1450
Los Angeles, California 90036

- 2 -
PROPOSED ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McMURRAY HENRIKS, LLP
5670 Wilshire Blvd., Suite 1450
Los Angeles, California 90036

- 1 -

PROOF OF SERVICE