UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.D.G., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>        Defendants. | Case No.: 1:13-cv-02057 JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 61) |

On July 31, 2015, the parties notified the Court that the parties had reached a settlement of the matter. (Doc. 61) Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The petition for approval of the minors' compromise **SHALL** be filed no later than **September 11, 2015**;
2. The stipulation for dismissal of the matter SHALL be filed within 10 days of the order regarding the minors' compromise, assuming it is approved;
3. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED**.

IT IS SO ORDERED.

Dated:   **August 3, 2015**           /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE