**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.D.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, A.C.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, F.E.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, J.S.G., a Minor Through Her Parent and Guardian Ad Litem Rosemary Lopez, J.A.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, M.I.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, C.V.M., a Minor Through Her Parent and Guardian Ad Litem Gabriel Gurrola,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, GREG WILLIAMSON, individually and in his Official Capacity as Chief of Police of the Bakersfield Police Department, SEAN WOESSNER, an individual, ISAAC ALEMAN, an individual, and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 1:13-cv-02057 - JLT<br><br>ORDER RE: THE PARTIES' STIPULATION FOR AN EXTENSION OF TIME TO FORM AND FUND THE MINORS' ACCOUNTS<br><br>(Doc. #) |

///

///

///

1

1  In light of the stipulation between the Parties and good cause appearing, the Court hereby
2  makes the following orders:
3  1.  Counsel for Plaintiffs **SHALL** file proof of the creation and funded blocked accounts by
4  **October 30, 2015**. These documents **SHALL** be filed under SEAL.
5  2.  All other aspects and deadlines mentioned in the Court's September 28, 2015 deadline
6  (Doc. 71) shall remain in full force and affect

**IT IS SO ORDERED**

Dated:   10/19/15

_____
U.S. Magistrate Judge Jennifer L. Thurston