Randy H. McMurray, Esq. (SBN 126888)
E-mail: rmcmurray@law-mh.com
Yana G. Henriks, Esq. (SBN 250638)
E-mail: yhenriks@law-mh.com
**McMURRAY HENRIKS, LLP**
5670 Wilshire Blvd., Suite 1450
Los Angeles, California 90036
Tel:  (323) 931-6200
Fax:  (323) 931-9521

Attorneys for Plaintiffs, R.D.G., et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT / FRESNO DIVISION

| | |
|---|---|
| R.D.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, A.C.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, F.E.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, J.S.G., a Minor Through Her Parent and Guardian Ad Litem Rosemary Lopez, J.A.G., a Minor Through His Parent and Guardian Ad Litem Rosemary Lopez, M.I.G., a Minor Through His Parent and Guardinan Ad Litem Rosemary Lopez, C.V.M., a Minor Through Her Parent and Guardian Ad Litem Gabriel Gurrola,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, GREG WILLIAMSON, individually and in his Official Capacity as Chief of Police of the Bakersfield Police Department, SEAN WOESSNER, an individual, ISAAC ALEMAN, an individual, and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 1:13-CV-02057-JLT<br><br>**JOINT STIPULATION TO DISMISS; [PROPOSED] ORDER**<br><br>**(Doc. 76)** |

///

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-referenced matter be dismissed in its entirety with prejudice.  Each party agrees to bear to their own costs and fees associated with this matter.

Dated:  November 9, 2015          **McMURRAY HENRIKS LLP**

By: /s/Randy H. McMurray
    Randy H. McMurray, Esq.
    Yana G. Henriks, Esq.
    Attorneys for Plaintiffs

Dated:  November 9, 2015          **MARDEROSIAN, CERCONE & COHEN**

By: /s/Michael G. Marderosian
    Michael G. Marderosian, Esq.
    Heather Cohen, Esq.
    Attorneys for Defendants

## **ORDER**

The Stipulation of the parties having been read and considered by the Court, and good cause appearing therefor, IT IS SO ORDERED that this matter is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and fees.

IT IS SO ORDERED.

   Dated:  **November 12, 2015**              /s/ Jennifer L. Thurston
                                         UNITED STATES MAGISTRATE JUDGE